**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Andre F. Toce
The Toce Firm, APLC
969 Coolidge Blvd.
Lafayette LA 70503-2433

David Michael Kaufman
Elmore, Griffin
P. O. Box 4604
Lafayette LA 70502-4604


**REHEARING ACTION: December 3, 2014**


**Docket Number: 14   00322-CA**

**OMNI ENERGY SERVICES CORP.**
**VERSUS**
**ROBERT H. RHYNE, JR., ET AL.**

**Appealed from Lafayette Parish Case No. 20093396 c/w, 20134316**


<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert H. Rhyne, Jr. and Brent Trauth** has this day been

    **DENIED.**


cc: Alan K. Breaud, Counsel for the Appellee
    Timothy Wayne Basden, Counsel for the Appellee
    Randy Paul Angelle, Counsel for the Appellee
    David Michael Thorguson, Counsel for the Appellee
    Robert Joseph Burns, Jr., Counsel for the Appellee